Argued and submitted August 11, reversed September 15, 1980

In the Matter of the Compensation of
**WHITE,**
*Petitioner,*

*v.*

**STAYTON CANNING COMPANY,**
*Respondent.*

(No. 78-1307, CA 17200)

616 P2d 579

Mike Dye, Salem, argued the cause and filed the brief for petitioner.

Scott M. Kelley, Portland, argued the cause for respondent. With him on the brief was Cheney & Kelley, Portland.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

## PER CURIAM

In determining that this claimant is permanently and totally disabled, the referee properly analyzed the factors of claimant's age, training, aptitude, adaptability to do nonphysical labor, mental capacity and emotional condition, as well as the state of the labor market. *Wilson v. Weyerhaeuser,* 30 or App 403, 409, 567 P2d 567 (1977).

In making a determination that claimant has only a permanent partial disability, the Board erred.

Reversed.